# Court of Appeals
# of the State of Georgia

ATLANTA,____August 06, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1875, A15A1876.  BABETTE D. MITCHELL v.  A PLUS, LLC.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, defendant Babette Mitchell appealed to the superior court, which also ruled in favor of the plaintiff.  Mitchell filed a direct appeal, which this Court dismissed for failure to follow discretionary appeal procedures. See Case No. A15A1779, dismissed June 25, 2015.  In Case No. A15A1875, Mitchell appeals from the trial court's order granting plaintiff's motion to require Mitchell to post a supersedeas bond, and in Case No. A15A1876, she appeals from the order denying her motion to quash the writ of possession.  We lack jurisdiction.

Both orders were entered in Mitchell's appeal from a dispossessory proceeding before the magistrate court and therefore are subject to the procedures for discretionary review, which were not followed here.  See OCGA § 5-6-35 (a) (1). Accordingly, since Mitchell failed to follow the proper appellate procedure, these appeals are *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,_____* 08/06/2015 _____
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*